## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carlo V. Toivari,

      Plaintiff,                               Civil No. 09-116 (RHK/RLE)

vs.                                            **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
Owens-Illinois, Inc., General Electric
Company, Rapid American Corporation,
Metropolitan Life Insurance Company,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 22, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge